BENJAMIN B. WAGNER
United States Attorney
ANA MARIA MARTEL
Assistant United States Attorneys
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Misc. Case No. 1:10-MC-00011 AWI |
| Plaintiff, | |
| v. | (1:08CR00365-001-AWI) |
| PAUL EDWARD MONK | |
| Defendant and Judgment Debtor. | |
| ALTAONE FEDERAL CREDIT UNION, | APPLICATION TO QUASH WRIT |
| Garnishee. | AGAINST GARNISHEE AND ORDER |

The United States of America hereby requests an order to quash the Writ of

Execution/Garnishment issued against AltaOne Federal Credit Union, the garnishee herein.   In its

Acknowledgment of Service and Answer of Garnishee, AltaOne Federal Credit Union declared that it

has no property and/or money in which the Judgment Debtor,  PAUL EDWARD MONK, has any

Application to Quash Writ Against Garnishee and Order

1  interest.  Accordingly, the United States moves that the writ issued against AltaOne be quashed.

2

3

4  Dated:  _____          BENJAMIN B. WAGNER
                                        United States Attorney
5

6

7                                   By: _____
                                        ANA MARIA MARTEL
8                                       Assistant United States Attorney

9

10

11                                      ORDER

12

13  IT IS SO ORDERED.

14  Dated:   November 17, 2010

15                                      _____
                                        CHIEF UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

Application to Quash Writ Against Garnishee and Order